**ORIGINAL**

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2012 JUL 12 PM 2:28
CLERK C. Adams
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| ADRIAN BERNARD RILEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CV 311-102 |
| | ) |
| GEORGIA DEPARTMENT OF | ) |
| CORRECTIONS, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed.[1] Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the following Defendants are **DISMISSED** from this case: Defendants Cagle, Baker, Henderson, Upton, "John Doe Health Care Service Inc.," Kemp, Troop, Rodriguez, Deal, Owens, Taylor, GDOC, and Health Care Services Utilization Management. Furthermore, Plaintiff's amended complaint is **DISMISSED** for failure to

---

[1] Plaintiff requested, and was granted, two extensions of time in which to object to the Report and Recommendation. (Doc. nos. 15-18.) However, Plaintiff did not file objections within the twice-extended time limit.

state a claim upon which relief may be granted, Plaintiff's motions for preliminary injunctive relief are **DENIED AS MOOT** (doc. nos. 3, 4), and this civil action shall be **CLOSED**.

SO ORDERED this 12th day of July, 2012, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE